[Nos. 20146-5-III; 21160-6-III.   Division Three.   April 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TEID MENDENHALL, *Appellant*.

*In the Matter of the Personal Restraint of* ROBERT MENDENHALL, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00121-0, Robert G. Swisher, J., entered April 20, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20722-6-III.   Division Three.   April 17, 2003.]

BRIAN RACE, ET AL., *Appellants*, v. FLEETWOOD RETAIL CORPORATION OF WASHINGTON, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Yakima County, No. 00-2-02053-7, Heather K. Van Nuys and F. James Gavin, JJ., entered November 7 and December 7, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 20832-0-III.   Division Three.   April 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY RUSSELL PARR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02192-4, Salvatore F. Cozza, J., entered January 25, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.